**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| WILLIAM HENRY STARRETT, JR., § | | |
| Plaintiff, § | | |
| v. § | No. 3:17-CV-0988-D | |
| LOCKHEED MARTIN § | | |
| CORPORATION, et al., § | | |
| Defendants. § | | |

### ORDER

The court has considered the magistrate judge's findings, conclusions, and recommendation filed August 16, 2017 and plaintiff's objections filed August 17, 2017. After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the recommendation of the magistrate judge is correct and is adopted. As this court has said before in this case, *see, e.g.*, Aug. 1, 2017 order at 1, service must be performed by a person who is not a party in the case.

Accordingly, it is ordered that defendants Lawrence Livermore National Security, LLC's ("Lawrence Livermore's") alternative motion to quash [ECF No. 9] and Sandia Corporation's (Sandia's") alternative motion to quash [ECF No. 10] are granted, and plaintiff's service of process on Lawrence Livermore and Sandia is quashed. Plaintiff must effectuate proper service of process on Lawrence Livermore and Sandia within 28 days of the date this order is filed.

The court denies without prejudice the motions to dismiss of Lawrence Livermore [ECF No. 9] and Sandia [ECF No. 10].

**SO ORDERED**.

September 19, 2017.

SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE