**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **WILLIAM HENRY STARRETT, JR.,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **No. 3:17-CV-0988-D** |
| **LOCKHEED MARTIN** | § | |
| **CORPORATION, et al.,** | § | |
| **Defendants.** | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, the March 9, 2018 findings, conclusions, and recommendation of the magistrate judge, and plaintiff's March 13, 2018 objections, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

Accordingly, the following motions are granted: the June 2, 2017 motion to dismiss of defendant Lockheed Martin Corporation; the June 12, 2017 motion to dismiss of defendants United States Army, United States Army Special Operations Command, United States Army Civil Affairs & Psychological Operations Command, United States Army Reserve Command, United States Special Operations Command, United States Department of Defense, Defense Advanced Research Project Agency, United States Department of Energy, and National Nuclear Security Administration; and the August 23, 2018 motion to dismiss of defendant Texas Military Department.

Plaintiff's actions against these defendants are dismissed without prejudice by final judgment filed today.

**SO ORDERED**.

March 19, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE